IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

TALMADGE JENNINGS WHEAT                                                PETITIONER

vs.                             Civil Case No. 2:09CV00004 HLJ

T.C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                             RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this 29th day of June 2009.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE